Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 x 255
F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
LEISSA HETHERINGTON

**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA,**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LEISSA HETHERINGTON, ) | **Case No.: 2:11-cv-00081-JAM-EFB** |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, LEISSA HETHERINGTON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: February 7, 2011        KROHN & MOSS, LTD.


                              By: /s/ Mahadhi Corzano

                                Mahadhi Corzano
                                Attorney for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

I, Brooke Letterle, certify that a true and correct copy of the foregoing was served via ELECTRONIC MAIL on February 7, 2011 upon the following:

Adrienne Rowberry
Litigation Counsel
140 Corporate Boulevard
Office of General Counsel
Norfolk, VA 23502
arowberry@portfoliorecovery.com

By: /s/ Brooke Letterle
Brooke Letterle
Paralegal