Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 255
F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
LEISSA HETHERINGTON

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION

| | |
|---|---|
| LEISSA HETHERINGTON, | Case No.: 2:11-cv-00081-JAM-EFB |
| Plaintiff, | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

Plaintiff, LEISSA HETHERINGTON, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Respectfully Submitted,

DATED: March 24, 2011          KROHN & MOSS, LTD.


By: /s/ Mahadhi Corzano

Mahadhi Corzano
Attorney for Plaintiff

- 1 -

Notice of Voluntary Dismissal

## CERTIFICATE OF SERVICE

I, Brooke Letterle, certify that a true and correct copy of the foregoing was served via ELECTRONIC MAIL on March 24, 2011 upon the following:

Adrienne Rowberry
Litigation Counsel
140 Corporate Boulevard
Office of General Counsel
Norfolk, VA  23502
arowberry@portfoliorecovery.com

By: /s/ Brooke Letterle
Brooke Letterle
Paralegal