# UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA,
### SACRAMENTO DIVISION

| | |
|---|---|
| LEISSA HETHERINGTON,       ) | Case No.: 2:11-cv-00081-JAM-EFB |
|                            ) | |
| Plaintiff,                 ) | **ORDER OF DISMISSAL WITH** |
|                            ) | **PREJUDICE** |
| vs.                        ) | |
|                            ) | |
| PORTFOLIO RECOVERY         ) | |
| ASSOCIATES, LLC,           ) | |
|                            ) | |
| Defendant.                 ) | |

Based upon Plaintiff's Voluntary Dismissal and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  3/24/2011

                         /s/ John A. Mendez
                         The Honorable Judge
                         United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com